IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

XAVIER LOVE,

     Plaintiff,

                                       Case No.  18-cv-386-jdp

  v.

DR. KARL HOFFMANN, KOREEN
FRISK, DOBBERT, CAROL SWAN,
NICOLE KRAHENBAHL, BRIDGET
RINK, MARYAH MARTIN, BARKER
MICHELLE SCHROEDER and
DR. MARK HEBERLEIN,

     Defendants.

## JUDGMENT IN A CIVIL CASE

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendants dismissing this case.

| /s/ | 8/23/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |